[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 22-13780

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

THOMAS FRANKLIN WOODY,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:08-cr-00041-SCJ-JCF-1

————————————————

Before ROSEMBAUM, GRANT, and ANDERSON, Circuit Judges.

PER CURIAM:

John E. Price, counsel for Thomas Franklin Woody in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Woody's revocation and sentence are **AFFIRMED**.